UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff-Appellee,<br><br>v.<br><br>JOHN PATRICK VESCUSO,<br><br>　　　　　　　　Defendant-Appellant. | Case No.: 14-CR-2863-W-2<br><br>[Ninth Circuit Case No.: 20-50165]<br><br>**RESPONSE TO ORDER TO STATE REASONS FOR DENIAL OF APPEAL BOND** |

　　On remand, the Court of Appeals limited this Court's jurisdiction to addressing the forfeiture judgment to determine the amount of money Appellant "'himself actually acquired as a result of the crime,' . . . and to amend the forfeiture judgment, if necessary." (*Memorandum Decision* [Doc. 234] ¶ 4.) The ultimate resolution of the forfeiture judgment issue will not affect Appellant's custodial sentence, which was affirmed.

　　Upon remand, Appellant sought resentencing based upon "changed circumstances," specifically the Covid-19 pandemic and post-sentencing rehabilitation. (*Sentencing Memo. on Remand* [Doc. 238] 1:26–28.) The mere potential to contract

1

14-CR-2863-W-2

Covid-19, which threatens every non-immune person in the country, does not alone provide a basis for re-sentencing. Appellant's age—45 years old—and admitted excellent physical health (*Presentence Report* [Doc. 149] ¶ 64) do not put him at high risk should he contract Covid-19. Therefore, this Court found the pandemic is not a changed circumstance that would justify re-sentencing Appellant.

Appellant's alleged post-sentencing rehabilitation is based on his 'spotless record for the four years his appeal was pending.' (*Sentencing Memo. on Remand* [Doc. 238] 2:1–3.) This Court found that remaining law abiding while your appeal is pending is the norm; it is not a changed circumstance that justifies resentencing.

This Court did not find that Appellant is a flight risk or danger to the public. Rather, this Court denied Appellant's motion for bail on appeal because (1) the Court of Appeal's remand did not include Appellant's custodial sentence, (2) his custodial sentence was affirmed, and (3) this Court found Appellant's purported changed circumstances do not justify re-sentencing.

Dated: August 25, 2020

Hon. Thomas J. Whelan
United States District Judge